# United States Court of Appeals
## For the First Circuit

---

No. 04-1749

UNITED STATES,

Appellee,

v.

RICHARD GUERRIER, a/k/a VIGGENS GUERRIER,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on November 8, 2005 is amended as follows:

Page 6, lines 4-7 should read as follows:  "On May 18, 2005, before Guerrier filed his brief in this appeal, the district court issued an arrest warrant for him for violating the terms of his supervised release."